FILED
2013 Jun-10 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ULYSSES MAYNER, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>WILLIE THOMAS, Warden, and )<br>THE ATTORNEY GENERAL OF )<br>THE STATE OF ALABAMA, )<br>)<br>Respondents ) | Case No. 1:12-cv-00667-IPJ-HGD |

## MEMORANDUM OPINION

On May 3, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On May 31, 2013, petitioner filed objections to the magistrate judge's report and recommendation, after obtaining an extension of time in which to do so.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 10th day of June, 2013.

_____
INGE PRYTZ JOHNSON
SENIOR   U.S.   DISTRICT   JUDGE